UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERLIN FRANCISCO CASTRO ESPINAL,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondents. | Case No. 2:26-cv-00946-TMC<br><br>ORDER DENYING MOTION TO ENFORCE JUDGMENT |

On April 21, 2026, the Court granted Petitioner's petition for a writ of habeas corpus and directed Respondents to "either release [Petitioner] or provide him a bond hearing" within "fourteen days of *receiving his request* for a bond hearing."  Dkt. 8 at 4 (emphasis added).  On May 22, 2026, Petitioner filed a "Motion to Enforce Judgment" in which he states that Respondents have not complied with the Court's April 21st Order because they had yet to provide him with a bond hearing. Dkt. 10 at 1. On May 26, Respondents filed a response to the motion, arguing that Petitioner had yet to request a bond hearing. Dkt. 12 at 1. Having reviewed the matter, the Court now ORDERS as follows:

1.     The Motion to Enforce Judgment (Dkt. 10) is DENIED without prejudice. Petitioner may bring this motion again if Respondents fail to provide him with a bond hearing under 8 U.S.C. § 1226(a) within 14 days of receiving Petitioner's request.

ORDER DENYING MOTION TO ENFORCE JUDGMENT - 1

2.      Petitioner is advised that he must request a bond hearing to trigger Respondents' obligation to provide him with a bond hearing as described above.

3.      Nothing in this order prevents an Immigration Judge from granting any request by Petitioner for a continuance in his bond proceedings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at that party's last known address.

Dated this 27th day of May, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER DENYING MOTION TO ENFORCE JUDGMENT - 2